

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00148-CV

In re Ramon Ruiz

§ From the 211th District Court of

§ Denton County (2012-30679-211)

§ May 30, 2013

§ Opinion by Justice McCoy

## JUDGMENT

This court has considered relator Ramon Ruiz's petition for writ of habeas corpus and is of the opinion that relief should be granted.  Accordingly, we order Ruiz discharged immediately from custody, and we order any sureties discharged from all obligations on Ruiz's bond.

It is ordered that real party in interest Selene Peregrino Ruiz pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy